1
2
3
4
5
6

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| AEROMECH, INCORPORATED, a Washington Corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LJSC, LTD., a Kansas Corporation,<br><br>　　　　　Defendant. | No. C04-1695Z<br><br>MINUTE ORDER |

　　　　The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

　　　　(1)　　The motion to withdraw, docket no. 27, is GRANTED.  Pursuant to Local Rule 2(f)(4)(B), Defendant's counsel is hereby directed to certify that LJSC has been advised that it is required by law to be represented by an attorney admitted to practice before this Court and that failure to obtain a replacement attorney by the date the withdrawal is effective may result in entry of default against the corporation as to any of the Plaintiff's claims.

　　　　(2)　　No action shall be taken until September 23, 2005, so that Defendant may have an opportunity to obtain replacement counsel.

　　　　(3)　　Defendant's motion to stay the depositions previously scheduled for September 6-8 is GRANTED.  The depositions shall be stayed until after September 23, 2005.

　　　　(4)　　Plaintiff's motion to continue the dispositive motion cut-off date is GRANTED.  All parties shall have until September 30, 2005, to file dispositive motions.

MINUTE ORDER   1–

(5)   The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Filed and entered this 15th day of September, 2005.

                          BRUCE RIFKIN, Clerk

                          s/ Casey Condon
                By _____
                        Casey Condon
                        Deputy Clerk

MINUTE ORDER   2−